

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  TIMOTHY VASQUEZ
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada  89101
4  PHONE: (702) 388-6336
   FAX:  (702) 388-6418
5

6

7  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
8  **-oOo-**

9

10  UNITED STATES OF AMERICA,          2:12-cr-00452-MMD-VCF

11              Plaintiff,             EX PARTE MOTION TO UNSEAL
                                       INDICTMENT ON ARREST OF
12       vs.                          FIRST DEFENDANT

13  [1] SOLOMON ZEMEDHUN,
14  [2] DAWIT MOSAZGI,
    [3] SIMON DEBESSAY and
15  [4] HENCOK KEFFELEW,

16              Defendants.

17

18       **COMES NOW** the United States of America, by and through DANIEL G. BOGDEN,

19  United States Attorney, and Timothy Vasquez, Assistant United States Attorney, and moves the

20  Court to grant an order unsealing the indictment in the above captioned matter on the first arrest of a

21  defendant's in this matter.  The government anticipates that the Federal Bureau of Investigation will

22  begin efforts to arrest defendants starting on December 13, 2012. At the time of the first defendant's

23  arrest a copy of the charging document will need to be provided to defendants and his counsel to

24  allow counsel's representation of the defendants.  At that point the existence of the indictment and

1

1    the defendants will effectively be known and no reason would exist for continued sealing of the

2    indictment.

3         Respectfully submitted this, the 12th day of December, 2012.

4

5                                           DANIEL G. BOGDEN
                                            United States Attorney

6

7                                           /s/ Timothy Vasquez

8                                           TIMOTHY VASQUEZ
                                            Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1 | DANIEL G. BOGDEN
United States Attorney
2 | TIMOTHY VASQUEZ
Assistant United States Attorney
3 | 333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
4 | PHONE: (702) 388-6336
FAX: (702) 388-6418

5

6 | ## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
7 | -oOo-

8 | UNITED STATES OF AMERICA, | 2:12-cr-00452-MMD-VCF

9 | Plaintiff, | ORDER UNSEALING INDICTMENT
ON ARREST OF FIRST DEFENDANT
10 | vs.

11 | [1] SOLOMON ZEMEDHUN,
[2] DAWIT MOSAZGI,
12 | [3] SIMON DEBESSAY, and
[4] HENCOK KEFFELEW,
13

14 | Defendants

15

16 | Having reviewed the Government's motion and good cause appearing, IT IS HEREBY

17 | ORDERED that the indictment in the instant matter is unsealed on the arrest of the first defendant.

Dated, this 12 day of December, 2012.
18

19

20

21 | GEORGE FOLEY JR.
UNITED STATES MAGISTRATE JUDGE
22

23

24

3