# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:12-CR-452-JAD-(VCF) |
| SOLOMON ZEMEDHUN, | ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

This Court finds that on July 23, 2014, defendant SOLOMON ZEMEDHUN pled guilty to Count One of a Five-Count Criminal Indictment charging him with Conspiracy to Possess and Distribute Cocaine in violation of Title 21, United States Code, Section 846. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 118; Plea Agreement, ECF No. 120.

This Court finds defendant SOLOMON ZEMEDHUN agreed to the forfeiture of the in personam criminal forfeiture money judgment of $20,000 set forth in the Plea Agreement and the Forfeiture Allegations in the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 118; Plea Agreement, ECF No. 120.

This Court finds that SOLOMON ZEMEDHUN shall pay a criminal forfeiture money judgment of $20,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1), 853(a)(2), and 853(p).

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SOLOMON ZEMEDHUN a criminal forfeiture money judgment in the amount of $20,000 in United States Currency.

DATED this 26th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Order of Forfeiture on July 25, 2014, by the below identified method of service:

<u>Electronic Filing</u>

Jeannie N. Hua
Law Office of Jeannie Hua
530 S. 8th Street
Las Vegas, NV 89101
jeanniehua@aol.com
Counsel for Solomon Zemedhun

Gabriel L. Grasso
Gabriel L. Grasso, P.C.
9525 Hillwood Drive, Suite 190
Las Vegas, NV 89134
Gabriel@grassodefense.com
Counsel for Dawit Mosazgi

Karen A. Connolly
Karen A. Connolly, Ltd.
6600 W. Charleston Blvd., S 124
Las Vegas, NV 89146
advocate@kconnollylawyers.com
Counsel for Simon Debessay

/s/ Mary Stolz
Mary Stolz
Forfeiture Support Associates Paralegal